

# Fourth Court of Appeals
## San Antonio, Texas

January 29, 2014

No. 04-13-00553-CR

Gilbert **VILLAREAL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR5696
Honorable Philip A. Kazen, Jr., Judge Presiding

## O R D E R

Appellant's brief was originally due January 8, 2014, but was not filed. This court notified appellant's counsel of the deficiency on January 13, 2014. *See* TEX. R. APP. P. 38.8(b)(2). On January 23, 2014, appellant responded by telephone, advising the clerk's office that he would be filing a motion to extend time to file appellant's brief no later than January 27, 2014. No motion was filed, and the brief has not yet been filed.

Accordingly, we **order JOHN HERRICK** to file the appellant's brief in this case no later than **February 28, 2014**. If neither the brief nor a motion to extend time to file the brief is filed on or before the date ordered, the court will abate this appeal and remand the case to the trial court for a hearing to determine whether appellant or his counsel has abandoned the appeal.

We further **order** the clerk of this court to serve this order on counsel by first class United States mail and by certified mail, return receipt requested, with delivery restricted to addressee only, or give other personal notice of this order with proof of delivery.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of January, 2014.



Keith E. Hottle
Clerk of Court